# Court of Appeals
## of the State of Georgia

ATLANTA, July 06, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1717. JAMES W. WALLS et al. v. JULIA THOMASON, EXECUTRIX OF THE ESTATE OF JAMES THOMASON**

Upon consideration of the appellants' motion for permission to withdraw the appeal in the above styled case, it is ordered that the motion is hereby GRANTED. Appellee's motion to dismiss is DENIED AS MOOT.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/06/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , *Clerk.*